IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 8:04CV2101-T-17MAP

PODS, Inc., a Florida corporation,

    Plaintiff,

v.

Porta Stor, Inc., a Florida corporation and
Christopher E. Neuguth, individually,

    Defendants.

_____/

FILED
SEP 16 2004
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## DECLARATION OF LEE A. SWANGER, Ph.D, P.E.
### re: U.S. Patent 6,071,062

I, Lee A. Swanger, PhD., P.E. declare as follows:

1. I am the director of the Miami Florida office of Exponent, an engineering and scientific services consulting organization.

2. I specialize in mechanical engineering and machine design and analysis, as related to the structure and functions of industrial and commercial machinery.

3. I am an adjunct professor of Mechanical and Metallurgical Engineering at the University of Miami.

4. I have a B.S. in Metallurgy, Case Institute of Technology, with highest honors, an M.S. in Materials Science and Engineering from Stanford University and a Ph.D. in Materials Science and Engineering, also from Stanford, with distinction.

5. I am a registered professional engineer in the state of Florida. An accurate copy of my C.V. is attached for further information about my credentials.

6. Exponent was retained to opine as to whether Claim 1 and Claim 29 of U.S. Patent 6,071,062 (the '062 patent) are infringed by the Porta Stor device. When performing this analysis we have:

    a. viewed the apparatus in operation via a demonstration from the defendants at their site. This did not, however, include a demonstration of its lifting and carrying a container, as we were informed that the apparatus was broken.

    b. reviewed a video tape supplied by Bennett Investigations of the operation of the accused device transporting a container to and from a customer. (There is a break in the tape indicating a separate day of video tape.)

    c. read the entire '062 patent as well as the prosecution history ("file wrapper") for the patent.

    d. discussed the patent with the owner of the patent.

7. We reviewed the accused device and its method of operation for the purposes of determining whether Claim 1 and Claim 29 of the patent were infringed.

8. In my opinion, the apparatus in Claim 1 of the '062 patent is infringed under the Doctrine of Equivalents, as described in more detail below. The Porta Stor device has the same overall function, operates in substantially the same way and achieves the same result as the device defined in the '062 patent. Additionally, every element in the claim is literally present except for elements 2 and 8, for which the Porta Stor device has substantially equivalent elements. An element by element breakdown of Claim 1 is provided with an explanation of the same or equivalent elements found in the Porta Stor device. Further, I reviewed the entire prosecution history ("file wrapper") of the '062 patent and found it to be a very clean prosecution history, with no basis for any estoppel of any claim element of Claim 1, and no limitation on the

breadth of this claim and its claim elements that the patentee may assert under the Doctrine of Equivalents.

**Claim 1 :** An apparatus for lifting, handling and transporting a container having right and left sides and front and rear ends, the apparatus comprising:

*Element 1* – a carrier frame including right and left longitudinal elements juxtaposed with the right and left sides, respectively, of the container to be handled and transported, each longitudinal element extending between opposite first and second ends,

*Porta Stor Device* – the carrier frame contains left and right longitudinal elements that are juxtaposed with the container as shown in the defendants' demonstration video (which I viewed by videotape) and in the video of the Porta Stor device in operation supplied by Bennett Investigations.

*Element 2* – the carrier frame having front and rear transverse elements juxtaposed with the front and rear ends, respectively, of the container to be handled and transported, each transverse element extending between opposite right and left ends, the left ends of the front and rear elements being adjacent to the first and second ends, respectively, of the left longitudinal element, and the right ends of the front and rear elements being adjacent to the first and second ends, respectively, of the right longitudinal element,

*Porta Stor Device* - the carrier frame contains two transverse elements, however, both elements are juxtaposed to the same end of the container, leaving one end of the carrier open. The transverse elements extend between opposite right and left ends and are adjacent to the ends of the left and right longitudinal elements. The carrier frame does not literally contain a transverse element at the both ends, however, the carrier frame does contain components that are equivalent. The function of the transverse components is to provide stability and structural

rigidity to the carrier frame. The designer of the Porta Stor device has moved one of the transverse components, defined in element 2, to the opposite end of the carrier frame and designed the carrier frame with stronger frame elements and stiffer moment resistant joint connections that ultimately provide the same stability and rigidity to the overall system as the moved transverse element. The structure of the Porta Stor device provides the same overall function (stability and rigidity to the system), operates in substantially the same way (increases moment resistant capabilities) and achieves the same result (structural integrity) and thus, is substantially equivalent. This element is shown in the defendants' demonstration video and in the video of the Porta Stor device in operation.

*Element 3* – the carrier frame further including a plurality of generally vertical upright members, each upright member extending between opposite upper and lower ends;

*Porta Stor Device* – the carrier frame contains four vertical upright members as shown in the defendants' demonstration video and in the video of the Porta Stor device in operation.

*Element 4* – bearing means attached to each upright member lower end, for ground bearing and relative movement of the upright members with the ground;

*Porta Stor Device* - the carrier frame contains wheels at the lower end of each upright member for relative movement of the upright members as shown in the defendants' demonstration video and in the video of the Porta Stor device in operation.

*Element 5* – elevating means for elevating and lowering the carrier frame with respect to the ground;

*Porta Stor Device* - the carrier frame contains actuators on each of the four upright members as a means for elevating and lowering the carrier frame as shown in the video of the Porta Stor device in operation.

*Element 6* – positioning means connected to the carrier frame for moving and positioning the carrier frame with respect to the container, and for moving and positioning the carrier frame and container together with respect to a transport vehicle having a platform when the container is to be loaded on to and off from said transport vehicle;

*Porta Stor Device* - the carrier frame contains a motor that drives the wheels at the lower end of two of the upright members and provides a means to position the carrier frame with respect to the container and for moving the carrier frame and container together with respect to a transport vehicle having a platform when the container is to be loaded and unloaded on to and off of the transport vehicle. This element is shown in the video of the Porta Stor device in operation.

*Element 7* – supporting means connected to the carrier frame and to the container for supporting the container to the frame; and

*Porta Stor Device* - the carrier frame contains chains that are attached to longitudinal members on each side of the frame and the chains connect to eye holes located near the base of the container on each side of the container. These components provide a means for the carrier frame to support the container as shown in the defendants' demonstration video and in the video of the Porta Stor device in operation.

*Element 8* – means for providing hydraulic power to actuators, wherein the carrier frame is capable of being elevated to be moved over the container and is capable of being lowered around the container for attaching the carrier frame to the container for subsequent lifting, handling and transporting of the container.

*Porta Stor Device* - the carrier frame contains hydraulic actuators that are capable of lowering the frame around the container for attaching the carrier frame to the container for subsequent lifting, handle and transporting of the container. The carrier frame is not literally capable of

being elevated to be moved over the container, however, the carrier frame does perform the objective of placing the carrier frame in a position to attach to the container by surrounding the container on three sides. The carrier frame in the Porta Stor device provides the same overall function (placing the carrier frame in a position to attach to the container), operates in substantially the same way (using motor powered wheels and hydraulically actuated components of the frame) and achieves the same result (location of the carrier frame with respect to the container) and thus, is substantially equivalent. This element is shown in the video of the Porta Stor device in operation.

9. In my opinion, method Claim 29 is literally infringed by the operation of the Porta Stor device. Further, I reviewed the entire prosecution history ("file wrapper") of the '062 patent and found it to be a very clean prosecution history, with no basis for any estoppel of any claim element of Claim, and no limitation on the breadth of this claim and its claim elements that the patentee may assert under the Doctrine of Equivalents. An element by element breakdown of Claim 29 is provided with an identification of the claim elements found in the Porta Stor device.

**Claim 29 :** A method of lifting, handling and transporting a container on to and off from a transport vehicle having a cargo carrying platform, the method comprising the steps of :

*Element 1* – positioning a carrier frame around the container on the transport vehicle platform;

*Porta Stor Device* – when the container is to be dropped off at a customer location, the carrier frame is positioned around the container on the transport vehicle platform as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 2* – releasably attaching the carrier frame to the container;

*Porta Stor Device* – the carrier frame is attached temporarily to the container via chains at eye hooks on the bottom of the container as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 3* – extending rear and front upright members downward into a ground engaging position;

*Porta Stor Device* – the four vertical upright members are extended via actuators downward until they contact the ground as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 4* – elevating the carrier frame with hydraulic means and container above the transport vehicle platform;

*Porta Stor Device* – the vertical upright members extend via hydraulic actuators after they have engaged the ground which elevates the carrier frame above the transport vehicle platform. The container is raised above the platform by hydraulic actuators that lift the longitudinal elements which directly support the container. These actions are observed in the video showing the Porta Stor device in operation and therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 5* – expanding the carrier frame with hydraulic means to clear the sides of the transport vehicle platform;

*Porta Stor Device* – the carrier frame is expanded transversely via hydraulic actuators adjacent to the two transverse members to clear the sides of the transport vehicle platform as observed in the

video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 6* – driving the transport vehicle out from under the carrier frame and container;

*Porta Stor Device* – once the carrier frame and container are clear of the transport vehicle, the transport vehicle is driven away from the carrier frame and container as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 7* – lowering the carrier frame and container until the container rests upon the ground;

*Porta Stor Device* – the carrier frame and container are lowered toward the ground via various hydraulic actuators. These actions are observed in the video showing the Porta Stor device in operation and therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 8* – releasing the carrier frame attachment from the container;

*Porta Stor Device* – once the container is safely on the ground, the chains are removed from the eye hooks on the container as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 9* – activating a steering and mobility means for providing driving power and directional control to wheels at the lower end of the rear upright members;

*Porta Stor Device* – a remote control unit is used to control the direction and power supplied to the wheels located at the lower end of the rear upright members as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 10* – directing the movement of the carrier frame away from the container;

*Porta Stor Device* – the remote control unit directs the carrier frame away from the container as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 11* – elevating the carrier frame to an elevation higher than that of the transport vehicle platform;

*Porta Stor Device* – the hydraulic actuators in the four upright vertical members raise the carrier frame to a height above the platform of the transport vehicle as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 12* – moving and positioning the carrier frame over the transport vehicle platform;

*Porta Stor Device* – the carrier frame is moved from a location juxtaposed to the container to a location in the street and the carrier frame is then positioned over the transport vehicle platform as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 13* – deactivating the steering and mobility means;

*Porta Stor Device* – the mobility and steering means are deactivated at the moment the wheels are retracted up toward the carrier frame and no longer make contact with the ground as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 14* – retracting the carrier frame with hydraulic means to align the upright members in close proximity to the transport vehicle platform;

*Porta Stor Device* - the carrier frame is retracted transversely via hydraulic actuators adjacent to the two transverse members such that the four upright members are closely aligned to the transport vehicle platform as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 15* – lowering the carrier frame to rest upon the transport vehicle platform;

*Porta Stor Device* – the carrier frame is lowered on to the transport vehicle platform by the retraction of the four upright vertical members as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 16* – retracting the upright members upward away from the ground-engaging position so that the transport vehicle is able to transport the carrier frame.

*Porta Stor Device* – after the carrier frame engages the transport vehicle platform, the vertical members continue to retract and lift the wheels from the ground so that the carrier frame is capable of being transported as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 17* – extending the upright members downward into a ground-engaging position;

*Porta Stor Device* - the four vertical upright members are extended via hydraulic actuators downward until they contact the ground as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 18* – elevating the carrier frame with hydraulic means above the transport vehicle platform;

*Porta Stor Device* - the four vertical upright members extend via hydraulic actuators after they have engaged the ground which elevates the carrier frame above the transport vehicle platform as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 19* – expanding the carrier frame with hydraulic means to clear the sides of the transport vehicle platform;

*Porta Stor Device* - the carrier frame is expanded transversely via hydraulic actuators adjacent to the two transverse members to clear the sides of the transport vehicle platform as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 20* – activating a steering and mobility means for providing driving power and directional control to wheels at the lower end of the rear upright members;

*Porta Stor Device* - a remote control unit is used to control the direction and power supplied to the wheels located at the lower end of the rear upright members as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 21* – directing the movement of the carrier frame away from the transport vehicle platform;

*Porta Stor Device* – this element is observed in the video showing the Porta Stor device in operation moving away from the transport vehicle and toward the container. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 22* – moving and positioning the carrier frame around the container;

*Porta Stor Device* – the carrier frame is driven via a hydraulic motor to a position surrounding the container as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 23* – lowering the carrier frame adjacent to the ground;

*Porta Stor Device* – hydraulic actuators in the four vertical upright members lower the carrier frame adjacent to the ground as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 24* – releasably attaching the carrier frame to the container;

*Porta Stor Device* - the carrier frame is attached temporarily to the container via chains at eye hooks on the bottom of the container as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 25* – elevating the carrier frame and container to an elevation higher than that of the transport vehicle platform;

*Porta Stor Device* -the vertical upright members extend via hydraulic actuators which elevates the carrier frame with the container above the transport vehicle platform as observed in the video showing the Porta Stor device in operation Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 26* – moving and positioning the carrier frame and container over the transport vehicle platform;

*Porta Stor Device* – the actions required by this element are observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

***Element 27*** – deactivating the steering and mobility means;

*Porta Stor Device* - the mobility and steering means are deactivated at the moment the two sets of wheels at the lower end of the vertical members adjacent to the cab of the truck are retracted up toward the carrier frame and no longer make contact with the ground as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

***Element 28*** – retracting the carrier frame with hydraulic means to align the upright members in close proximity to the transport vehicle platform;

*Porta Stor Device* - the carrier frame is retracted transversely via hydraulic actuators adjacent to the two transverse members such that the four upright members are closely aligned to the transport vehicle platform as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

***Element 29*** – lowering the carrier frame and container to rest upon the transport vehicle platform; and

*Porta Stor Device* – hydraulic actuators lower longitudinal members of the carrier frame and retract the upright members until the container and carrier frame rest on the transport vehicle platform as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

*Element 30* – retracting the upright members upward away from the ground-engaging position so that the transport vehicle is able to transport the carrier frame and container.

*Porta Stor Device* - after the carrier frame engages the transport vehicle platform, the vertical members continue to retract and lift the wheels from the ground so that the carrier frame is capable of being transported as observed in the video showing the Porta Stor device in operation. Therefore, the use of the Porta Stor device exactly practices the method taught in this element of Claim 29.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any registration issued thereon.

Dated: 2004-09-07

Lee A. Swanger, PhD, P.E.

2947C18.Decl Swanger .doc