# The United States District Court for the
# Middle District of Florida

Case Number 8:04-cv-2101

PODS, Inc., Plaintiff,

                v.        **NOTICE OF APPEAL**

Porta Stor, Inc. and Christopher E. Neuguth, Defendants.

      Notice is hereby given that Porta Stor, Inc. and Christopher E. Neuguth in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the from an order denying the a Motion to Compel Discovery entered in this action on July 11, 2005. The required fee of $255.00 will be forwarded to the Clerk of the District Court by First Class U.S. Mail.

                                                  _____
                                                  (Signature of appellants' attorney)

                                              Edward P. Dutkiewicz, P.A.
                                              640 Douglas Avenue
                                              Dunedin, Florida 34698
                                              Phone: (727) 734-2855
                                              Fax:   (727) 734-2750

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Appeal, Appearance and Certificate of Interest has been filed with the United States District Court via the

electronic filing system and will be served, via the electronic filing system upon opposing counsel, being Attorney Richard H. An, of Jones Day, located at 222 East 41st Street, New York, New York, 10017 on this the 8th day of August, 2005.

Edward P. Dutkiewicz
Trial Counsel
640 Douglas Avenue
Dunedin, Florida 34698
Phone: (727) 734-2855
Fax: (727) 734-2750

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PODS, INC. v. PORTA STOR, INC, AND CHRISTOPHER E. NEUGUTH

No. _____

## ENTRY OF APPEARANCE

Please enter my appearance (select one):

  ____ Pro Se  _X_ As counsel for: Porta Stor & Christopher E. Neuguth
               Name of party

I am, or the party I represent is (select one):

  ____ Petitioner   ____ Respondent   ____ Amicus curiae   ____ Cross Appellant

  _X_ Appellant   ____ Appellee   ____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

  ____ Petitioner or appellant   ____ Respondent or appellee

My address and telephone are:
  Name:      Edward P. Dutkiewicz
  Law firm:     Edward P. Dutkiewicz, P.A.
  Address:     640 Douglas Avenue
  City, State and Zip:  Dunedin, Florida 34698
  Telephone:    (727) 734 - 2855
  Fax #:      (727) 734 - 2750
  E-mail address:   edduke@colitz.com

Statement to be completed by counsel only (select one):

  _X_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

  ____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorney only.]

  ____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Application for admission filed and received by the Court.

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

  _X_ Yes   ____ No

__X__ A courtroom accessible to the handicapped is required if oral argument is scheduled.

__August 8, 2005__
Date

_[signature]_
Signature of Counsel

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CRICUIT

## PODS, INC. v. PORTA STOR, INC. and CHRISTOPHER E. NEUGUTH

No. _____

## CERTIFICATE OF INTEREST

Counsel for the appellant, Porta Stor, Inc. and Christopher E. Neuguth certifies the following:

1. The full name of every party represented by me is:
   Porta Stor, Inc., a Florida Corporation and Christopher E. Neuguth, an individual.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: NONE.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: NONE.

4. [X] There is no such corporation as listed in paragraph 3.

5. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
   Edward P. Dutkiewicz, P.A.
   Edward P. Dutkiewicz
   640 Douglas Avenue
   Dunedin, FL 34698

Dated : __August 4, 2005__

Edward P. Dutkiewicz
640 Douglas Avenue
Dunedin, FL 34698
PH: (727) 734 – 2855
FX: (727) 734 - 2750