UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PODS, INC.,

      Plaintiff,

      v.                              CASE NO. 8:04-CV-2101-T-MAP

PORTA STOR INC., and
CHRISTOPHER E. NEUGUTH,
individually,

      Defendants.
_____/

## **ORDER**

The jury returned a verdict finding the Defendant Porta Stor willfully infringed PODS's

'062 patent and that it should pay PODS $1,500 in reasonable royalty.  At issue now is whether

the Court should increase this amount pursuant to 35 U.S.C. § 284.  *See also Read  Corp. v.

Portec, Inc.,* 970 F.2d 816, 826 (Fed. Cir. 1992) (citing factors to be considered) *abrogated in

part on other grounds*, *Markman v. Westview Instruments, Inc.,* 52 F.3d 967, 975 (Fed. Cir. 1995)

(*en banc*).  Accordingly, if PODS seeks an increase in the jury's award as to this claim, it should

file its motion by June 21, 2006; any response by Porta Stor is to be filed by June 27, 2006.

At the conclusion of the evidence, the Court found as a matter of a law that Defendants

Porta Stor and Neuguth infringed PODS's copyright by copying PODS's rental agreement.  The

Court then submitted to the jury the issues of willful infringement and damages.  Accordingly,

the jury determined the Defendants had not willfully infringed and awarded PODS "$0"

damages.  PODS sought statutory damages pursuant to 17 U.S.C. § 504(c)(1), namely, an

amount no less than $750 nor more than $30,000.  Although the Court so instructed the jury,

the jury nonetheless awarded PODS nothing.  Because the jury failed to award at least the mandatory minimum amount, this Court finds PODS should be awarded statutory damages in the amount of $750.  *See Cable/Home Communication Corp. v. Network Productions, Inc.,* 902 F.2d 829, 852 (11th Cir. 1990) *quoting Harris v. Emus Records Corp.,* 734 F.2d 1329, 1335 (9th Cir. 1984) ("The court has wide discretion in determining the amount of statutory damages to be awarded, constrained only by the specified maxima and minima.").

For these reasons and per the jury's verdict, it is hereby

ORDERED:

1.  The Clerk is directed to enter judgment for Plaintiff PODS and against Defendant Porta Stor, Inc. in the amount of $16,501.00 and against Defendant Porta Stor, Inc. and Defendant Christopher Neuguth in the amount of $750.

2.  Any motion by PODS seeking an increase in the jury's award on the patent claim should be filed by June 21, 2006; any response by Porta Stor is to be filed by June 27, 2006.

DONE AND ORDERED in Tampa, Florida on June 16, 2006.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc:      Counsel of Record